## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT GILBERTSON, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>J. GIVOO CONSULTANTS I, INC. and J. GIVOO CONSULTANTS CORPORATION,<br><br>Defendants. | Civil Action No. 1:20-cv-06991-JHR-AMD |

## UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF <u>PLAINTIFFS' CLAIMS WITH PREJUDICE</u>

Plaintiff Robert Gilbertson, through his undersigned counsel, respectfully moves this Court for an Order granting approval of the Parties' FLSA Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion. This Motion is based on the accompanying Memorandum of Law, the attached Exhibit, and all other records, pleadings, and papers on file in this action. Defendants do not oppose the approval sought in this Motion.

A proposed Order is submitted for the Court's consideration.

Dated: November 10, 2021    Respectfully Submitted,

/s/Camille Fundora Rodriguez
Camille Fundora Rodriguez (NJ No. 0172642011)
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. (215) 875-3000
Fax (215) 875-4604
crodriguez@bm.net

Michael A. Josephson (TX No. 24014780)
(*Admitted pro hac vice*)
Andrew Dunlap (TX No. 24078444)
(*Admitted pro hac vice*)
Josephson Dunlap LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1 100 -Telephone
713-352-3300 - Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch (TX No. 24001807)
(*Admitted pro hac vice*)
Bruckner Burch PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713r877-8788 - Telephone
713-877-8065 - Facsimile
rburch@brucknerburch.com

## **CERTIFICATE OF CONFERENCE**

I conferred with Defendant's Counsel regarding the relief sought herein and Defendant is in agreement.

*/s/Camille Fundora Rodriguez*
Camille Fundora Rodriguez

## **CERTIFICATE OF SERVICE**

I served a copy of this document on all counsel of record via the Court's ECF system on November 10, 2021.

*/s/Camille Fundora Rodriguez*
Camille Fundora Rodriguez